```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


THOMAS PENNAVARIA              :      CIVIL ACTION
                               :
         v.                    :
                               :
SCOTT DICLAUDIO, et al.        :      NO. 07-cv-05170-JF
```

ORDER

AND NOW, this 19th day of October 2009, upon consideration of Defendants' motions to dismiss Plaintiff's amended complaint (Document Numbers 24 and 26), IT IS ORDERED:

That the motions are GRANTED, and Plaintiff's amended complaint is DISMISSED WITHOUT PREJUDICE to his right to pursue his claims in state court.

The Clerk is directed to mark the case-file CLOSED.


                                      BY THE COURT:


                                      /s/ John P. Fullam
                                      John P. Fullam, Sr. J.